# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GINNY M. STROUD**                                                                        **PLAINTIFF**

**v.**                          **CASE NO. 1:14CV61 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

The recommended disposition ("RD") filed by Magistrate Judge Beth Deere and plaintiff Ginny Stroud's objections thereto have been reviewed. After careful consideration of these documents, and a *de novo* review of the record, the RD is hereby approved and adopted in all respects. Accordingly, the commissioner's decision is affirmed and Stroud's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 13th day of April 2015.

                                                                                            UNITED STATES DISTRICT JUDGE